Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL D. EISENHAUER,<br><br>              Plaintiff,<br><br>       v.<br><br>SECRETARY OF THE ARMY,<br><br>              Defendant. | No. C11-5344 RBL<br><br>AGREED STIPULATION FOR RELIEF OF 26(F) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT |

      Plaintiff Michael D. Eisenhauer, filed the above-captioned lawsuit under the Freedom of Information Act (the "FOIA") and the Privacy Act against the Secretary of the Army ("Army") seeking the disclosure of certain documents.

    On May 6, 2011, this Court issued an Order setting a joint status conference in this case by July 21, 2011, initial disclosures for July 28, 2011, and requiring that a joint status report to be filed by August 4, 2011.

      The parties agree that this case constitutes "an action for review on an administrative record" under FRCP rule 26 (a)(1)(B)(i), and is exempt from the initial disclosure requirements of FRCP rule 26 (a)(1), as well as from the requirements of FRCP Rule 26 (f), requiring the parties to prepare a discovery plan.

AGREED STIPULATION FOR RELIEF
26 (F) CONFERENCE, INITIAL
DISCLOSURES AND JOINT STATUS REPORT   – 1
(C11-5344-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Accordingly, through their counsel of record, Mr. Eisenhauer and the Army hereby STIPULATE AND AGREE that this case constitutes "an action for review on an administrative record" under FRCP rule 26 (a)(1)(B)(i), and is exempt from the Initial Disclosure requirements of FRCP rule 26 (a)(1), as well as from the requirements of FRCP Rule 26 (f), requiring the parties to prepare a discovery plan.

**SO STIPULATED.**

DATED this 20th day of July, 2011.

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

s/Kayla C. Stahman
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4073
E-mail: kayla.stahman@usdoj.gov

**SO STIPULATED.**

DATED this 20th day of July, 2011.

s/ Brian H. Schempf
Bryan H. Schempf
JONES BLECHMAN WOLTZ & KELLY PC
701 TOWN CENTER DR STE 800
Newport News, Virginia  23606
Phone:  757-873-8110
Email: bschempf@jbwk.com

s/ Denice Moewes
Denice Elizabeth Moewes
WOOD & JONES
303 N 67th Street
Seattle, Washington  98103
Phone:  206-623-4382
Fax:  206-224-4895
Email: dmoewes@aol.com

AGREED STIPULATION FOR RELIEF
26 (F) CONFERENCE, INITIAL
DISCLOSURES AND JOINT STATUS REPORT   – 2
(C11-5344-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  It is hereby **ORDERED** that:

2  The parties are released from the initial disclosure requirements of FRCP rule 26 (a)(1), as
3  well as from the requirements of FRCP Rule 26 (f), requiring the parties to prepare a discovery
4  plan.

5
6  Dated this 21st day of July, 2011.

7
8
9  _____
10  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

AGREED STIPULATION FOR RELIEF
26 (F) CONFERENCE, INITIAL
DISCLOSURES AND JOINT STATUS REPORT   – 3
(C11-5344-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970