Honorable Ronald B. Leighton

1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
10             AT TACOMA

11

12   MICHAEL D. EISENHAUER,

13                      Plaintiff,              No. C11-5344 RBL

14          v.

15   SECRETARY OF THE ARMY,              STIPULATION AND ORDER
                                         OF DISMISSAL
16                      Defendant.

17

18

19                          **STIPULATION**

20      Plaintiff, Michael D. Eisenhauer, and the Defendant, Secretary of the Army, by and through

21   their undersigned counsel of record, do hereby stipulate and agree that all claims that were or

22   could have been asserted in this action by the plaintiff against the Secretary of the Army shall be

23   dismissed with prejudice.

24

25

26

27

28

**SO STIPULATED.**

DATED this 11th day of October, 2012.

Respectfully submitted,
JENNY A. DURKAN
United States Attorney


s/ Kayla Stahman
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: kayla.stahman@usdoj.gov

**SO STIPULATED.**

DATED this 11th day of October, 2012.


s/ Brian H. Schempf
Bryan H. Schempf
SCHEMPF & WARE, PLLC
4000 George Washington Mem. Hwy.
Yorktown, Virginia 23692
Phone:  757-369-1199
Fax:  757-369-1039
E-mail:  bschempf@4000law.com

STIPULATION
AND ORDER OF DISMISSAL – 2
(C11-5344-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## ORDER OF DISMISSAL

**THIS MATTER** having come before the undersigned judge, the Court having reviewed the stipulation for the parties, and otherwise deeming itself fully advised in the premises, it is now, therefore

**ORDERED, ADJUDGED AND DECREED** that all claims of the plaintiff that were or could have been asserted against defendant shall be dismissed with prejudice.

Dated this 12th day of October, 2012.

Ronald B Leighton
United States District Judge

STIPULATION
AND ORDER OF DISMISSAL – 3
(C11-5344-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970